THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>             Plaintiff,<br><br>      vs.<br><br>LABOR READY, INC.,<br><br>             Defendant. | Case No.  C05-5671RBL<br><br>**STIPULATED MOTION TO CONSOLIDATE CASES AND ORDER** |
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>             Plaintiff,<br><br>      vs.<br><br>IFA NURSERIES, INC.<br><br>             Defendant. | **NOTICE OF RELATED CASE FILING:**<br>Case No. C05-5641 RBL<br><br>Note on Motion Calendar:<br>November 28, 2005 |

The parties to the above-captioned actions, through their undersigned counsel, hereby stipulate to the consolidation for all purposes of the above-captioned actions.  Donald Potter, counsel for proposed intervenor Janice Lowell, has granted counsel for the EEOC authorization to inform the Court that he does not oppose consolidation of the cases.  The parties therefore move that the Court exercise its authority under FRCP 41 and order the cases consolidated for all

STIPULATED MOTION TO CONSOLIDATE CASES
– C05-5671RBL – Page 1

SEBRIS BUSTO JAMES
14205 SE 36th Street – Suite 325
Bellevue, Washington  98006
Telephone:  (425) 454-4233
Fax:  (425) 453-9005

purposes. A proposed order follows. Defendant Labor Ready will file separately a notice to strike its pending Motion to Consolidate from the Court's calendar.

DATED this 28th day of November, 2005.

| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | SEBRIS BUSTO JAMES |
|---|---|
| /s/Teri Healy | /s/M. Edward Taylor |
| A. Luis Lucero, Regional Attorney | M. Edward Taylor, WSBA #16864 |
| Kathryn Olson, Supervisory Attorney | 14205 SE 36th Street, Suite 325 |
| Teri Healy, Senior Trial Attorney | Bellevue, WA 98006 |
| 909 First Avenue, Suite 400 | Telephone: (425) 454-4233 |
| Seattle, Washington 98104 | Fax: (425) 453-9005 |
| Telephone: (206) 220-6895 | Attorneys for Defendant Labor Ready, Inc. |
| Fax: (206) 220-6911 | etaylor@sebrisbusto.com |
| Attorneys for Plaintiff | |
| Luis.Lucero@eeoc.gov | LABOR READY, INC. |
| Kathryn.Olson@eeoc.gov | Lisa Lawrence |
| Teri.Healy@eeoc.gov | P.O. Box 2910 |
| | Tacoma, WA 98401 |
| | Telephone: (800) 610-8920 |
| | Fax: (253) 382-2511 |
| | LLawrence@laborready.com |

WINTERBAUER & DIAMOND

/s/Kenneth J. Diamond
Kenneth J. Diamond
1200 5TH AVE STE 1910
Seattle, Washington 98101-3135
Telephone: (206) 676-8440
Fax: (206) 676-8441
Attorney for Defendant IFA Nurseries
ken@winterbauer.com

STIPULATED MOTION TO CONSOLIDATE CASES – C05-5671RBL – Page 2

SEBRIS BUSTO JAMES
14205 SE 36th Street – Suite 325
Bellevue, Washington 98006
Telephone: (425) 454-4233
Fax: (425) 453-9005

| | |
|---|---|
| 1 | |
| 2 | **ORDER** |
| 3 | The Court hereby Orders: |
| 4 | |
| 5 | It is hereby ORDERED, ADJUDGED and DECREED that *Equal Employment Opportunity Commission v. Labor Ready, Inc.*, Case No. C05-5671 RBL and *Equal Employment Opportunity v. IFA Nurseries, Inc.*, Case No. CV05-5641 RBL are consolidated for all purposes. |


1

2
ORDER
3
   The Court hereby Orders:
4
   It is hereby ORDERED, ADJUDGED and DECREED that *Equal Employment Opportunity Commission v. Labor Ready, Inc.*, Case No. C05-5671 RBL and *Equal Employment Opportunity v. IFA Nurseries, Inc.*, Case No. CV05-5641 RBL are consolidated for all purposes.

DATED this 1st day of December, 2005.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION TO CONSOLIDATE CASES – C05-5671RBL – Page 3

Sebris Busto James
14205 SE 36th Street – Suite 325
Bellevue, Washington 98006
Telephone: (425) 454-4233
Fax: (425) 453-9005