The Honorable Ronald B. Leighton

05-CV-05671-ORD

FILED _____ LODGED
_____ RECEIVED

JUN 22 2006

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

and

JANICE LOWELL,

    Plaintiff in Intervention,

v.

LABOR READY, INC.,

and

IFA NURSERIES, INC.,

    Defendants.

No. C05-5671 RBL

PROPOSED SETTLEMENT AGREEMENT AND ORDER DISMISSING ACTION

## I. INTRODUCTION

1.  This action originated when Janice Lowell filed a charge of discrimination with the Equal Employment Opportunity Commission ("EEOC" or "Commission") on July 8, 2004. Lowell alleged that defendants Labor Ready, Inc., Labor Ready Northwest, Inc. ("Labor Ready") and IFA Nurseries, Inc. ("IFA" or collectively "Defendants") discriminated against her based

PROPOSED Settlement Agreement and
Order Dismissing Action – 1
(C05-5671 RBL)

Equal Employment Opportunity Commission
Seattle Field Office
909 1st Avenue, Suite 400
Seattle, Washington 98104
(206) 220-6883

upon her sex (female) in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C.§ 2000e, et seq. ("Title VII"), when Lowell was subjected to sexual harassment and retaliation.

2. On July 5, 2005, the EEOC issued a letter of determination with a finding of reasonable cause to believe that IFA and Labor Ready violated Title VII.

3. The Commission filed its complaint against IFA on September 30, 2005 in the United States District Court for the Western District of Washington and its complaint against Labor Ready on October 13, 2005.

4. Labor Ready filed an answer to the Commission's complaint on November 18, 2005. IFA filed an answer to the Commission complaint on December 23, 2005. Both answers denied the allegations of discrimination in the EEOC's complaint. The cases were consolidated on December 5, 2005.

5. Lowell filed motions to intervene and was granted intervention.

6. The parties want to conclude fully and finally all claims arising out of the charge of discrimination filed with EEOC by Janice Lowell, the EEOC's Letter of Determination, and the EEOC's complaint and Lowell's complaint in intervention. The EEOC, Labor Ready and IFA enter into this settlement agreement to further the objectives of equal employment as set forth in Title VII.

II. NONADMISSION OF LIABILITY AND NONDETERMINATION
BY THE COURT

7. This settlement agreement is not an adjudication or finding on the merits of this case and shall not be construed as an admission by Labor Ready or IFA of a violation of Title VII. Labor Ready and IFA deny violating any law.

PROPOSED Settlement Agreement and
Order Dismissing Action – 2
(C05-5671 RBL)

Equal Employment Opportunity Commission
Seattle Field Office
909 1st Avenue, Suite 400
Seattle, Washington 98104
(206) 220-6883

### III. JURISDICTION AND VENUE

8. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized pursuant to Sections 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e-5(f)(1) and (3), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a. The parties agree that Ms. Lowell was employed by Labor Ready and worked for IFA within the jurisdiction of the United States District Court for the Western District of Washington.

### IV. SETTLEMENT SCOPE

9. This settlement agreement is the final and complete resolution of all allegations of unlawful employment practices contained in Janice Lowell's discrimination charges, in the EEOC's administrative determinations, and in the complaints filed herein, including all claims by the parties for attorney's fees and costs. The scope of this agreement shall apply only to the Labor Ready Northwest Empire District, which includes its existing branches in Federal Way, South Seattle, Auburn, Lakewood, Kent, Tacoma, Olympia, Puyallup, Kelso, Vancouver and Centralia, and to IFA's Toledo, Washington facilities.

### V. MONETARY RELIEF

10. In settlement of this lawsuit, Labor Ready and IFA agree to pay within 10 business days of signing this agreement the following sum to Janice Lowell: $36,000. Of this amount Labor Ready shall pay $23,000 and IFA shall pay $13,000. Settlement proceeds to Lowell will be handled by her counsel, Donald B. Potter, whose law offices are located at 522 SW Fifth Avenue, Suite 1110, Portland, OR 97204. Labor Ready, IFA and Janice Lowell have negotiated a separate settlement agreement and release to which the EEOC is not a party.

PROPOSED Settlement Agreement and
Order Dismissing Action – 3
(C05-5671 RBL)

Equal Employment Opportunity Commission
Seattle Field Office
909 1st Avenue, Suite 400
Seattle, Washington 98104
(206) 220-6883

## VI. AFFIRMATIVE AND OTHER RELIEF

A.   General Provisions

11.   Labor Ready, IFA, their respective officers, agents, and employees will enforce their policies that prohibit unlawful discrimination against employees on the basis of gender and prohibit sexual harassment and retaliation. In recognition of their obligations under Title VII, Labor Ready and IFA will maintain policies and practices as set forth below.

B.   Anti-Discrimination Policies and Procedures

12.   Labor Ready and IFA shall maintain their anti-discrimination policies, procedures and training on sex discrimination for employees, supervisors and management personnel and will continue to provide equal employment opportunities for all employees, regardless of gender. As an ongoing commitment to Equal Employment Opportunity ("EEO"), Labor Ready and IFA will maintain their current policies of assuring that their respective managers and supervisors fully understand their EEO policies and how those policies define and identify what constitutes employment discrimination on the basis of sex. Labor Ready and IFA shall enforce their policies and procedures as written.

13.   Within one-hundred-twenty (120) days of the date of the effective date of this Settlement Agreement, Labor Ready and IFA will: (a) review their EEO policies to ensure that they adequately prohibit discrimination against employees on the basis of sex and retaliation with respect to any term, condition or privilege of employment, and address Labor Ready's and IFA's obligations to provide work environments free of sex discrimination for their employees; (b) IFA will distribute, a written copy of its EEO policy to employees, both management and non-management; and (c) Labor Ready will distribute written copies of its EEOC policies to regular current management and non-management employees. Labor Ready and IFA will

PROPOSED Settlement Agreement and
Order Dismissing Action – 4
(C05-5671 RBL)

Equal Employment Opportunity Commission
Seattle Field Office
909 1st Avenue, Suite 400
Seattle, Washington 98104
(206) 220-6883

provide EEOC with a written copy of their EEO policies as part of their first annual reports as provided in paragraph 20 below.

C. Training

14.  Within one-hundred-eighty 180 days of the execution of this agreement, Labor Ready will present to all managers and supervisors within the Northwest Empire District for Labor Ready and IFA will present to all such employees in Toledo, three (3) hours of live training on employment discrimination, including sexual harassment and retaliation. Defendants will present such training to said personnel annually during the duration of this agreement. Further, within 60 days of the employment of a manager or supervisor in the Northwest Empire District for Labor Ready and the Toledo facility for IFA, Defendants will ensure that each of their respective new management personnel will complete a 2 hour online course regarding discrimination including the topics of sexual harassment and retaliation. Non-management employees who participate in personnel decisions, including termination, must also attend these training sessions; processing of applications for temporary assignments at a client's worksite shall not constitute a personnel decision. The EEOC will have an opportunity to review the training materials prior to the training date.

15.  Labor Ready and IFA will notify the EEOC of the completion of the training and will specify the names and job titles of the employees who completed the training as part of their annual reports to the EEOC.

D.  Expungement of Records

16.  Labor Ready and IFA will not disclose any information or make references to any charge of discrimination or this lawsuit in responding to requests for information about Janice Lowell. Labor Ready and IFA will only give out dates of employment and compensation, if

PROPOSED Settlement Agreement and
Order Dismissing Action – 5
(C05-5671 RBL)

Equal Employment Opportunity Commission
Seattle Field Office
909 1st Avenue, Suite 400
Seattle, Washington 98104
(206) 220-6883

requested, in response to any requests for information regarding Janice Lowell. Janice Lowell shall only direct prospective employers seeking references from Labor Ready to the Employee Verification Department at 1-800-610-8920 ext. 8460.

### E. Policies Designed to Promote Supervisor Accountability

17. Labor Ready and IFA shall impose appropriate discipline -- up to and including termination of employment, suspension without pay or demotion -- upon any employee who they determine has discriminated against any employee on the basis of gender, or who retaliates against any person who complains or participates in any investigation or proceeding concerning any such conduct. Labor Ready and IFA shall communicate this policy to all of their employees.

18. During the annual training hereunder, Labor Ready and IFA shall advise all subject managers and supervisors in the locations specified in paragraph 9 of their duty to actively monitor their work areas to ensure employees' compliance with the company's EEO policy, and to report any incidents or complaints of discrimination or retaliation of which they become aware to Labor Ready's Human Resources Department or IFA's corporate headquarters, as applicable.

19. IFA will evaluate its supervisory and management employees subject to this agreement pursuant to paragraph 9 on their compliance with IFA's EEO policies. Labor Ready will provide the summary referenced in paragraph 20 (d) to the district manager who shall review the same and assess the branch manager's compliance with EEOC policies.

### F. Reporting

20. Labor Ready and IFA shall report in writing to the EEOC on an annual basis, beginning twelve months (12) months from the date of the entry of this agreement, and again twelve (12) months thereafter the following information:

PROPOSED Settlement Agreement and
Order Dismissing Action – 6
(C05-5671 RBL)

Equal Employment Opportunity Commission
Seattle Field Office
909 1st Avenue, Suite 400
Seattle, Washington 98104
(206) 220-6883

    a.    Certification of the completion of three (3) hours of training for managers, supervisors, and non-management employees who participate in the promotion or hiring process, along with lists of attendees;

    b.    Certification that their EEO policies have been distributed to all current and newly hired employees;

    c.    A list of any changes, modifications, revocations or revisions to their EEO policies and procedures which concern or affect the subject of discrimination.

    d.    A summary of internal formal discrimination complaints, if any, submitted to management or Labor Ready's Human Resources Department by employees working at Labor Ready in the Northwest Empire District or to management at IFA's Toledo facility by employees working at the Toledo facility, and the resolution of each such complaint; and

    e.    A statement certifying that the company has complied with the terms of this Settlement Agreement. If a Defendant has not complied with any term of this Settlement Agreement, the statement will specify the areas of noncompliance, the reason for the noncompliance, and the steps taken to bring the Defendant into compliance.

G. <u>Posting</u>

21.    Labor Ready and IFA will post Notices, attached as Exhibits 1-4 to this Settlement Agreement. Both Defendants' Notices shall be posted on a centrally located bulletin board or other place where such notices are normally posted and read by employees during the two (2) year period of this Agreement.

## VII. <u>ENFORCEMENT</u>

22.    If the EEOC determines that Labor Ready and IFA have not complied with the terms of this Agreement, the EEOC will provide written notification of the alleged breach to the company alleged to be in breach. The EEOC will not petition the court for enforcement of this agreement for at least thirty (30) days after providing written notification of the alleged breach. The 30-day period following the written notice shall be used by the parties for good faith efforts to resolve the dispute.

PROPOSED Settlement Agreement and
Order Dismissing Action – 7
(C05-5671 RBL)

Equal Employment Opportunity Commission
Seattle Field Office
909 1st Avenue, Suite 400
Seattle, Washington 98104
(206) 220-6883

## VIII. RETENTION OF JURISDICTION

23. The United States District Court for the Western District of Washington shall retain jurisdiction over this matter for the duration of this agreement.

## IX. DURATION AND TERMINATION

24. This agreement shall be in effect for two (2) years beginning the day the court enters the order approving this agreement. If the EEOC petitions the court for breach of this settlement agreement, and the court finds either Defendant to be in violation of its terms, the court may extend the duration of this settlement agreement.

## X. CONCLUSION

25. The parties are not bound by any provision of this agreement until it is signed by authorized representatives of each party and entered by the court.

Dated this _____ day of _____, 2006.

| | |
|---|---|
| WILLIAM R. TAMAYO<br>Regional Attorney | JAMES L. LEE<br>Deputy General Counsel |
| A. LUIS LUCERO, JR.<br>Associate Regional Attorney | GWENDOLYN Y. REAMS<br>Associate General Counsel |
| KATHRYN OLSON<br>Supervisory Trial Attorney | |
| Teri Healy<br>Senior Trial Attorney | |

BY: _____.
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Seattle Field Office                                San Francisco District Office
909 First Avenue, Suite 400                  350 The Embarcadero, Suite 500

PROPOSED Settlement Agreement and
Order Dismissing Action – 8
(C05-5671 RBL)

Equal Employment Opportunity Commission
Seattle Field Office
909 1st Avenue, Suite 400
Seattle, Washington 98104
(206) 220-6883

Seattle, Washington 98104                San Francisco, CA 94105-1260
Telephone (206) 220-6916

Attorneys for Plaintiff

PRESENTED BY:     *s/Teri Healy*
                  Teri L. Healy
                  Attorneys for Plaintiff
                  Equal Employment Opportunity Commission

PRESENTED BY:     *s/Donald B. Potter*
                  Donald B. Potter, WSBA #14906
                  Attorney for Plaintiff Intervenor, Janice Lowell

PRESENTED BY:     *s/M. Edward Taylor*
                  M. Edward Taylor, WSBA #16864
                  Attorney for Defendants, Labor Ready, Inc.
                  and Labor Ready Northwest, Inc.

PRESENTED BY:     *s/Scott T. Cliff*
                  Scott T. Cliff, WSBA #37188
                  Attorney for Defendant, IFA Nurseries, Inc.

ORDER APPROVING SETTLEMENT AGREEMENT

The Court, having considered the foregoing stipulated agreement of the parties, HEREBY ORDERS THAT the foregoing settlement agreement be, and the same hereby is, approved as the final agreement in full settlement of this action. This lawsuit is hereby dismissed with prejudice and without costs or attorneys' fees to any party. The Court retains jurisdiction of this matter for purposes of enforcing the settlement agreement approved herein.

DATED this 22nd day of June, 2006.

THE HONORABLE RONALD B. LEIGHTON
UNITED STATES DISTRICT COURT JUDGE